# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HARDY CORNWELL

NO. 2026 KW 0620

**AUGUST 10, 2026**

---

In Re:   Hardy Cornwell, applying for supervisory writs, 22nd
Judicial District Court, Parish of St. Tammany, No.
574176.

---

**BEFORE:   WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED.** See this court's action in 2026 KW 0581.

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT